UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ ) <br> AXIS SURPLUS INSURANCE ) <br> COMPANY, ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAYTHEON COMPANY, ) <br> ) <br>       Defendant. ) <br> _____) | Civil Action No.: <br> 04-10432-RGS |

**NOTICE OF APPEARANCE**

Please enter our appearances as counsel of record for Raytheon Company in the above-captioned action.

/s/ _____
James F. Kavanaugh, Jr.
(BBO #262360)

/s/_____
Stephen S. Churchill
(BBO # 564158)

/s/_____
Johanna L. Matloff
(BBO# 655178)

CONN KAVANAUGH ROSENTHAL
   PEISCH & FORD, LLP.
Ten Post Office Square
Boston, MA 02109
(617) 482-8200
jmatloff@ckrpf.com

196796.1