UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) ) | Civil Action No.: 04-10432-RGS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RAYTHEON COMPANY, | ) ) | |
| Defendant. | ) ) | |

**ASSENTED-TO MOTION OF DEFENDANT TO**
**ENLARGE TIME TO RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), the defendant hereby moves, with the assent of the plaintiff, to enlarge the time within which it must serve a response to the complaint to April 19, 2004. As grounds therefor, the defendant states that said additional time is necessary for it to prepare its response.

RAYTHEON COMPANY,                           ASSENTED-TO
By its attorneys,


/s/ Johanna L. Matloff                      /s/ Windy L. Rosebush
James F. Kavanaugh, Jr. BBO # 262360        John D. Hughes BBO# 243660
Stephen S. Churchill BBO # 564158           Windy L. Rosebush BBO# 636962
Johanna L. Matloff BBO #655178              Attorneys for the Plaintiff
CONN, KAVANAUGH, ROSENTHAL,                 Edwards & Angell, LLP
    PEISCH & FORD, L.L.P.                101 Federal Street
Ten Post Office Square                      Boston, MA 02110
Boston, MA 02109                            617-439-4444
(617) 482-8200
jmatloff@ckrpf.com

Thomas D. Yannucci, P.C.
James P. Gillespie
Ryan P. Phair
KIRKLAND & ELLIS
655 15th Street, N.W., Suite 1200
Washington, D.C. 20005
(202) 879-5000

197459.1