UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> RAYTHEON COMPANY, <br><br> Defendant. | Civil Action No.: <br> 04-10432-RGS <br><br> FILING FEE PAID: <br> RECEIPT # 55090 <br> AMOUNT $ 50.00 <br> BY DPTY CLK <br> DATE 4/9/04 |

### ASSENTED-TO MOTION OF RAYTHEON COMPANY FOR ADMISSION OF JAMES P. GILLESPIE PRO HAC VICE

Pursuant to Local Rule 83.5.3, Defendant Raytheon Company ("Raytheon"), by its attorneys, James F. Kavanaugh, Jr., Stephen S. Churchill, and Johanna L. Matloff, hereby moves for the admission pro hac vice of James P. Gillespie, to represent Raytheon in this matter. As grounds for this motion, and as set forth in the affidavit of Mr. Gillespie, attached at Tab A, Raytheon states as follows.

1. Mr. Gillespie is an attorney duly licensed to practice law, having been admitted to practice in the District of Columbia in 1991.

2. Mr. Gillespie is a partner with the law firm of Kirkland & Ellis, LLP with offices located at 655 Fifteenth Street, N.W., Suite 1200, Washington, D.C., 20005.

3. Mr. Gillespie has been a member in good standing of the Bar of the District of Columbia since 1991, and is admitted to practice before the United States District Courts for the District of Columbia, the Eastern District of Michigan, the Central District of Illinois, the Northern District of Illinois, the Northern District of Georgia, the Central District of Florida, and the Eastern District of Wisconsin; and the State of New York.

4. There have been no disciplinary proceedings against Mr. Gillespie as a member of the Bar in any jurisdiction at any time; he has never been held in contempt of court, convicted of a crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court. Mr. Gillespie is familiar with the Local Rules of the United States District Court for the District of Massachusetts, the provisions of the Judicial Code which pertain to the jurisdiction of and practice in the United States District Courts, and the Federal Rules of Civil Procedure.

5. Mr. Gillespie has been admitted pro hac vice before this Honorable Court in related matters entitled Federal Insurance Company v. Raytheon Company, Civil Action No. 03-11800-RGS, and In re Raytheon ERISA Litigation, Master File No. 03-CV-10940-RGS.

6. Mr. Gillespie has associated, as co-counsel, the undersigned members in good standing of the Massachusetts Bar, who have been admitted to practice before the United States District Court for the District of Massachusetts and have filed a notice of appearance in this action.

7. The plaintiff has assented to the allowance of this motion

RAYTHEON COMPANY,
By its attorneys,

_____
James F. Kavanaugh, Jr.(BBO #262360)
Stephen S. Churchill (BBO # 564158)
Johanna L. Matloff (BBO# 655178)
CONN KAVANAUGH ROSENTHAL
    PEISCH & FORD, LLP.
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

2

ASSENTED TO:
AXIS SURPLUS INSURANCE COMPANY,
By its attorneys,

*Windy L. Rosebush / JDH*
John D. Hughes (BBO# 243660)
Windy L. Rosebush (BBO# 636962)
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

197412.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on April 5, 2004
*Johanna Matloff*