UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, ) ) ) )  Plaintiff, ) ) v. ) ) RAYTHEON COMPANY, ) ) Defendant. ) ) | Civil Action No.: 04-10432-RGS  FILING FEE PAID: RECEIPT # 55090 AMOUNT $ 50.00 BY DPTY CLK DATE 4/9/04 |

## ASSENTED-TO MOTION OF RAYTHEON COMPANY FOR ADMISSION OF THOMAS D. YANNUCCI PRO HAC VICE

Pursuant to Local Rule 83.5.3, Defendant Raytheon Company ("Raytheon"), by its attorneys, James F. Kavanaugh, Jr., Stephen S. Churchill, and Johanna L. Matloff, hereby moves for the admission pro hac vice of Thomas D. Yannucci, to represent Raytheon in this matter. As grounds for this motion, and as set forth in the affidavit of Thomas D. Yannucci, attached at Tab A, Raytheon states as follows.

1. Mr. Yannucci is an attorney duly licensed to practice law, having been admitted to practice in the District of Columbia in 1981.

2. Mr. Yannucci is a partner with the law firm of Kirkland & Ellis, LLP with offices located at 655 Fifteenth Street, N.W., Suite 1200, Washington, D.C., 20005.

3. Mr. Yannucci has been a member in good standing of the Bar of the District of Columbia since 1981, and is admitted to practice before the United States Supreme Court, the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Tenth, and Eleventh Circuits; the United States District Courts for the District of Columbia, the Eastern District of Missouri, the Central District of Illinois, and the Eastern District of Wisconsin; and the State of Ohio.

4. There have been no disciplinary proceedings against Mr. Yannucci as a member of the Bar in any jurisdiction at any time; he has never been held in contempt of court, convicted of a crime, or publicly reprimanded, censured, suspended, disciplined or disbarred by any court. Mr. Yannucci is familiar with the Local Rules of the United States District Court for the District of Massachusetts, the provisions of the Judicial Code which pertain to the jurisdiction of and practice in the United States District Courts, and the Federal Rules of Civil Procedure.

5. Mr. Yannucci has been admitted pro hac vice before this Honorable Court in related matters entitled Federal Insurance Company v. Raytheon Company, Civil Action No. 03-11800-RGS, and In re Raytheon ERISA Litigation, Master File No. 03-CV-10940-RGS.

6. Mr. Yannucci has associated, as co-counsel, the undersigned members in good standing of the Massachusetts Bar, who have been admitted to practice before the United States District Court for the District of Massachusetts and have filed a notice of appearance in this action.

7. The plaintiff has assented to the allowance of this motion

RAYTHEON COMPANY,
By its attorneys,

_____
James F. Kavanaugh, Jr. (BBO #262360)
Stephen S. Churchill (BBO # 564158)
Johanna L. Matloff (BBO# 655178)
CONN KAVANAUGH ROSENTHAL
   PEISCH & FORD, LLP.
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

ASSENTED TO:
AXIS SURPLUS INSURANCE COMPANY,
By its attorneys,

*Windy L. Rosebush / JLM*
John D. Hughes (BBO# 243660)
Windy L. Rosebush (BBO# 636962)
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110
(617) 439-4444

197410.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on April 5, 2004.