UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Civil Action No. 04-CV-10432RGS |
| RAYTHEON COMPANY, | ) ) | |
| Defendant, | ) ) | |

**PLAINTIFF'S AUTOMATIC DISCLOSURE STATEMENT**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Axis Surplus Insurance Company ("Axis) provides the following automatic disclosures. In making these initial disclosures, Axis does not waive the attorney client privilege, attorney work product doctrine, or any other applicable privilege, doctrine or immunity from discovery that would justify the refusal to disclose or produce information, documents or other tangible things.

A.   **Individuals Likely To Have Discoverable Information**:

Listed below are the names of individuals (other than counsel) believed to have discoverable information. Where available, each individual's address and telephone number is provided. The subject area of which each individual is believed to have knowledge is also indicated below:

1. John Holt,
   Senior Vice President, Underwriting
   AXIS Financial Insurance Solutions
   Three Connell Drive, 2nd Floor
   Berkeley Heights, NJ 07922
   [Coverage and underwriting of the Axis Policy.]

2.  Christopher Taylor, Underwriter
    Kemper Insurance Company
    4 Batterymarch Park
    Quincy, MA 02169
    (617) 745-2522
    [Coverage and underwriting of the Kemper Policy.]

3.  Louise Van Dyck, Claims Examiner (Chubb/Federal)
    82 Hopmeadow Street
    PO Box 2002
    Simsbury, CT 06070-7638
    (860) 408-2000
    [Coverage and underwriting of the Chubb/Federal Policy]

4.  Mr. Anthony R. Camelio
    Senior Risk Consultant/CCS
    AON Risk Services of MA, Inc.
    99 High Street
    Boston, MA 02110
    [Coverage/claims issues]

5.  Mr. Steven Wright
    AON Claims
    AON Risk Services
    55 East 52nd Street, 33rd Floor
    New York, NY 10055
    [Coverage/claims issues]

6.  Mr. Gerald F. Gasperini
    Assistant General Counsel/Sr. Human Resources Counsel
    Raytheon Company
    141 Spring Street
    Lexington, MA 02421

7.  Matthew P. Lupa
    Corporate Risk Manager
    Raytheon Company
    141 Spring Street
    Lexington, MA 02421

B.  **Description By Category And Location Of Relevant Documents**:

Listed below are descriptions by category of documents in the possession, custody or control of Axis, which may be used to support its claims. Copies of all documents are located at the offices of Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts and may be reviewed by the Defendant or its counsel at a date and time that is mutually convenient.

1.  Primary Policy (Chubb);

2.  Excess Policy (Axis);

3.  Prior Excess Policy (Kemper).

C.  **Computation of Damages**:

This is a declaratory judgment action seeking a declaration concerning whether certain claims made against the Defendant are covered by the excess insurance policy issued by Axis. Axis is not seeking damages from the Defendant.

D.  **Insurance Coverage**:

This is a declaratory judgment action seeking a declaration concerning whether certain claims made against the Defendant are covered by the excess insurance policy issued by Axis. Axis is not seeking damages from the Defendant. To the extent that other insurance coverage is pertinent to the coverage issues, Axis has requested that information from Raytheon.

By its counsel,

\_/s/Windy L. Rosebush\_\_\_\_
John D. Hughes, Esq. (BBO No. 243660)
Windy L. Rosebush, Esq. (BBO No. 636962)
Edwards & Angell, LLP
101 Federal Street
Boston, MA  02110
Ph:  (617) 439-4444
Fx:  (617) 439-4170

Date: May 12, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 12th day of May, 2004, I caused a copy of the foregoing to be served upon all counsel of record by filing the same electronically and or mailing copies of the same via first class mail for all counsel not registered with the ECF for the United States District Court for the District of Massachusetts.

_____/s/ Windy L. Rosebush_____
Windy L. Rosebush