UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
|  | ) | Civil Action No. 04-10432-RGS |
| AXIS SURPLUS INSURANCE COMPANY, | ) ) ) |  |
| and | ) ) |  |
| FEDERAL INSURANCE COMPANY, | ) ) | CONSOLIDATED WITH Civil Action No. 03-11800-RGS |
|  | ) ) |  |
| Plaintiffs, | ) |  |
| v. | ) ) |  |
| RAYTHEON COMPANY, | ) ) |  |
| Defendant. | ) ) |  |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of Raytheon Company in the above-referenced matter. Please note that Conn Kavanaugh Rosenthal Peisch & Ford, LLP, James F. Kavanaugh, Jr. and Johanna L. Matloff will continue to appear for Raytheon Company.

    /s/_____
Stephen S. Churchill (BBO # 564158)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

Dated: June 1, 2004

202145.1