IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEON COMPANY,<br><br>　　　　　　　Defendant. | Case No. 03-CV-11800-RGS |
| AXIS SURPLUS INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEON COMPANY,<br><br>　　　　　　　Defendant. | Case No. 04-CV-10432-RGS |

### FEDERAL INSURANCE COMPANY'S
### MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Federal Rule of Civil Procedure 12(c), plaintiff Federal Insurance Company ("Federal") moves for an order granting judgment on the pleadings in favor of Federal against defendant Raytheon Company ("Raytheon"). The grounds for this motion are set forth in the accompanying memorandum, which is incorporated by reference herein. A proposed form of order is attached hereto.

Respectfully submitted,

*/s/ Kurt B. Gerstner /nns*

Richard P. Campbell (BBO 071600)
Kurt B. Gerstner (BBO 190130)
Na Na Shin (BBO 651186)
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.
One Constitution Plaza, Third Floor
Boston, Massachusetts 02129
(617) 241-3000
(617) 241-5115 (fax)

David J. Hensler
David Newmann
Ellen S. Kennedy
HOGAN & HARTSON, L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109
(202) 637-5600
(202) 637-5910 (fax)

Dated: June 1, 2004

### CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document on all parties on June 1, 2004, by mailing a copy, via first class U.S. Mail, to:

| | |
|---|---|
| Windy L. Rosebush, Esq. | James F. Kavanaugh, Jr., Esq. |
| John D. Hughes, Esq. | Stephen S. Churchill, Esq. |
| Edwards & Angel LLP | Johanna L. Matloff, Esq. |
| 101 Federal Street | Conn Kavanaugh Rosenthal Peisch & |
| Boston, MA 02110 | Ford, LLP |
| | Ten Post Office Square |
| | Boston, MA 02109 |

- 3 -

James Gillespie, Esq.
Ryan Phair, Esq.
Thomas Yannucci, Esq.
Kirkland & Ellis
655 Fifteenth St., N.W.
Suite 1200
Washington, DC 20005

/s/ Na Na Shin
Na Na Shin