IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>RAYTHEON COMPANY, )<br><br>Defendant. )<br>———————————————— )<br><br>AXIS SURPLUS INSURANCE<br>COMPANY, )<br><br>Plaintiff, )<br><br>v. )<br><br>RAYTHEON COMPANY, )<br><br>Defendant. ) | Case No. 03-CV-11800-RGS<br><br><br><br><br><br>Case No. 04-CV-10432-RGS |

## ORDER

Before the Court is plaintiff Federal Insurance Company's ("Federal") Motion for Judgment on the Pleadings and its related pleadings. Upon consideration of the foregoing pleadings, this __ day of July, 2004,

IT IS HEREBY ORDERED, that Federal's Motion for Judgment on the Pleadings is GRANTED; and

IT IS FURTHER ORDERED that judgment is entered in favor of plaintiff Federal and that Federal has no liability under the Policy with respect to the ERISA Litigation.

———————————————————
United States District Judge