UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -1  P 4: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br>AXIS SURPLUS INSURANCE COMPANY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RAYTHEON COMPANY, )<br>)<br>Defendant, )<br>) | Civil Action No.<br>04-CV-10432RGS |

### PLAINTIFF AXIS SURPLUS INSURANCE COMPANY"S MOTION FOR JUDGMENT ON THE PLEADINGS

Plaintiff AXIS Surplus Insurance Company ("AXIS") hereby joins in Federal Insurance Company's ("Federal") Motion for Judgment on the Pleadings ("Motion") and incorporates Federal's Motion herein. In addition, in support of this Motion for Judgment on the Pleadings (the "Motion"), Axis files the attached supplemental Memorandum of Law ("Memorandum"). For the reasons set forth in the attached Memorandum and in Federal's Memorandum of Law, Axis is entitled to judgment in its favor on the pleadings pursuant to Fed.R.Civ.P. 12(c).

By its Attorneys,

/s/

John D. Hughes, Esq. (BBO No. 243660)
Windy L. Rosebush, Esq. (BBO No. 636962)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Ph: (617) 439-4444
Fx: (617) 439-4170

Date: June 1, 2004

BOS_447598_1/MCORMIER

## CERTIFICATE OF SERVICE

I, John D. Hughes, hereby certify that on this 1st day of June, 2004, I caused a copy of the foregoing Plaintiff's Motion for Judgment on The Pleadings to be served by mailing a copy, via first class U.S. Mail, to:

James F. Kavanaugh, Jr., Esq.
Stephen S. Churchill, Esq.
Johanna L. Matloff, Esq.
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
10 Post Office Square
Boston, MA 02109

James Gillispie, Esq.
Ryan Phair, Esq.
Thomas Yannucci, Esq.
Kirkland & Ellis
655 Fifteenth Street, N.W.
Suite 1200
Washington, D.C. 20005

David J. Hensler
David Newmann
Ellen Kennedy
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, DC 20004-1109

Richard P. Campbell
Kurt B. Gerstner
Campbell, Campbell, Edwards & Conroy, PC
One Constitution Plaza
Boston, MA 02129

John D. Hughes

BOS_447598_1/MCORMIER