UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10432-RGS

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, | |
| and | |
| FEDERAL INSURANCE COMPANY, | CONSOLIDATED WITH<br>Civil Action No. 03-11800-RGS |
| Plaintiffs, | |
| v. | |
| RAYTHEON COMPANY, | |
| Defendant. | |

**ASSENTED-TO MOTION OF DEFENDANT TO EXTEND SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b), the defendant hereby moves, with the assents of the plaintiffs, to extend the joint pretrial scheduling order by a period of twenty (20) days, such that the time within which Raytheon must serve a response to the motions for judgment on the pleadings will be extended from July 15, 2004 to **July 26, 2004**, and the time in which the plaintiffs must serve reply briefs will be extended from July 31, 2004 to **August 20, 2004**. As grounds therefor, the defendant states that additional time is necessary for it to prepare its response to the plaintiffs' motions for judgment on the pleadings and that the above extension of time will not interfere with the schedules of all parties.

2

| | |
|---|---|
| RAYTHEON COMPANY,<br>By its attorneys, | ASSENTED-TO<br>AXIS SURPLUS INSURANCE COMPANY,<br>By its attorneys, |
| /s/ Johanna L. Matloff<br>James F. Kavanaugh, Jr. BBO # 262360<br>Stephen S. Churchill BBO # 564158<br>Johanna L. Matloff BBO #655178<br>CONN, KAVANAUGH, ROSENTHAL,<br>    PEISCH & FORD, L.L.P.<br>Ten Post Office Square<br>Boston, MA 02109<br>(617) 482-8200<br>jmatloff@ckrpf.com | /s/ Windy L. Rosebush<br>John D. Hughes BBO# 243660<br>Windy L. Rosebush BBO# 636962<br>Attorneys for the Plaintiff<br>Edwards & Angell, LLP<br>101 Federal Street<br>Boston, MA 02110<br>617-439-4444 |
| Thomas D. Yannucci, P.C.<br>James P. Gillespie<br>Ryan P. Phair<br>KIRKLAND & ELLIS<br>655 15th Street, N.W., Suite 1200<br>Washington, D.C. 20005<br>(202) 879-5000 | ASSENTED TO:<br>FEDERAL INSURANCE COMPANY,<br>By its attorneys,<br><br>  /s/ Ellen S. Kennedy<br>David J. Hensler<br>David Newmann<br>Ellen S. Kennedy<br>Hogan & Hartson, LLP<br>555 Thirteenth Street, N.W.<br>Washington, D.C. 2004-1109<br>202-637-5600<br><br>Richard P. Campbell<br>Campbell, Campbell, Edwards & Conroy, PC<br>One Constitution Plaza<br>Boston, MA 02129<br>617-241-3000 |

204277.1