UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**FEDERAL INSURANCE COMPANY;**
**AXIS SURPLUS INSURANCE CO.**

      V.                                    CIVIL ACTION NO. 04-10432-RGS

**RAYTHEON COMPANY**

# NOTICE OF HEARING

STEARNS, DJ.                                            AUGUST 5, 2004

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

<u>FRIDAY, NOVEMBER 5, 2004 AT 2:30 P.M.</u>

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                RICHARD G. STEARNS
                                                UNITED STATES DISTRICT JUDGE

                         BY:           /s/ Mary H. Johnson
                                                Deputy Clerk

*TO BE HEARD: Motions for Judgment on the Pleadings (#'s 13 and 14).