IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> FEDERAL INSURANCE COMPANY, ) <br> ) <br> Plaintiff from the consolidated action, ) <br> ) <br> v. ) <br> ) <br> RAYTHEON COMPANY, ) <br> ) <br> Defendant. ) | Civil Action No. 04-10432-RGS |

### NOTICE OF CHANGE OF ADDRESS

Please enter the change of address of David Newmann at Hogan & Hartson, LLP, a pro hac vice counsel of record for the plaintiff Federal Insurance Company. The new address and contact information is:

> David Newmann, Esq.
> HOGAN & HARTSON, LLP
> 1835 Market Street
> 28th Floor
> Philadelphia, PA 19103
> Phone: (267)-675-4610
> Fax: (267)-675-4601

Date:   August 31, 2004       Respectfully submitted,

FEDERAL INSURANCE COMPANY

By Its Attorneys,

CAMPBELL CAMPBELL
EDWARDS & CONROY, P.C.

/s/ Na Na Shin
Richard P. Campbell  (BBO: 071600)
Kurt B. Gerstner (BBO #190130)
Na Na C. Shin (BBO #651186)
One Constitution Plaza
Boston, MA 02129
(617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true copy of the foregoing document on all parties on August 31, 2004, by mailing a copy, via first class U.S. Mail, to:

Windy L. Rosebush, Esq.
John D. Hughes, Esq.
Edwards & Angel LLP
101 Federal Street
Boston, MA 02110

James F. Kavanaugh, Jr., Esq.
Stephen S. Churchill, Esq.
Johanna L. Matloff, Esq.
Conn Kavanaugh Rosenthal Peisch &
Ford, LLP
Ten Post Office Square
Boston, MA 02109

James Gillespie, Esq.
Ryan Phair, Esq.
Thomas Yannucci, Esq.
Kirkland & Ellis
655 Fifteenth St., N.W.
Suite 1200
Washington, DC 20005

/s/ Na Na Shin
Na Na Shin

\\\DC - 57212/0329 - 1908698 v1