IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FEDERAL INSURANCE COMPANY and AXIS SURPLUS INSURANCE COMPANY,<br><br>          Plaintiffs,<br><br>v.<br><br>RAYTHEON COMPANY,<br><br>          Defendant. | Civil Action No. 04-10432-RGS<br>CONSOLIDATED WITH:<br>Civil Action No. 03-11800-RGS |

[~~PROPOSED~~] CORRECTED JUDGMENT

The above-captioned consolidated actions having come before the court on the respective Motions for Judgment on the Pleadings filed by plaintiff Federal Insurance Company ("Federal") and plaintiff AXIS Surplus Insurance Company ("AXIS") against defendant Raytheon Company ("Raytheon"), the issues having been heard and decided, and the Court having granted plaintiffs' Motions,

**IT IS HEREBY ORDERED, ADJUDGED AND DECLARED for the reasons set forth in the Court's Order that:**

    1.    Executive Protection Policy No. 8151-5319, issued by Federal to Raytheon for the September 15, 2002 to September 15, 2003 Policy Period (the "Federal Policy"), provides no coverage with respect to the litigation before this Court styled <u>In re Raytheon ERISA Litigation</u>, Civil Action No. 03-10940 RGS, and Federal has no duty to defend or indemnify or other liability or obligation under the

- 2 -

Federal Policy with respect to that litigation.

       2. SecurExcess Policy No. EBN599676, issued by AXIS to Raytheon for the February 20, 2003 to September 15, 2003 Policy Period (the "AXIS Policy"), provides no coverage with respect to the litigation before this Court styled <u>In re Raytheon ERISA Litigation</u>, Civil Action No. 03-10940 RGS, and AXIS has no duty to defend or indemnify or other liability or obligation under the AXIS Policy with respect to that litigation.

BY THE COURT

Dated: November 30th, 2004

TONY ANASTAS
Clerk of Court
By the Court
E Flaherty
deputy clerk