UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERAL INSURANCE COMPANY

and

AXIS SURPLUS INSURANCE COMPANY,

               Plaintiffs,

v.

RAYTHEON COMPANY,

               Defendant.

Civil Action No. 04-10432-RGS
CONSOLIDATED WITH:
Civil Action No. 03-11800-RGS

## NOTICE OF APPEAL

Notice is hereby given that Defendant Raytheon Company appeals to the United States Court of Appeals for the First Circuit the judgment in the above entitled action first entered on November 18, 2004, as corrected by the District Court on November 30, 2004.

Respectfully submitted,

_____
James F. Kavanaugh, Jr.

_____
Johanna L. Matloff

CONN, KAVANAUGH, ROSENTHAL,
PEISCH & FORD, LLP
10 Post Office Square
Boston, MA  02109

Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on Dec. 20, 2004

_____

DATED: December 20, 2004

216363.1