## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10432

Federal Insurance Company, et al

v.

Raytheon Company

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/20/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 18, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/19/05 .

/s/ Barchard

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-10432-RGS

Axis Surplus Insurance Company v.
Raytheon Company
Assigned to: Judge Richard G. Stearns
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 03/03/2004
Jury Demand: Defendant
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

### Consolidated Plaintiff

**Federal Insurance Company**          represented by   **David J. Hensler**
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
202-637-6853
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Newmann**
Hogan & Hartson, LLP
1835 Market Street
28th Floor
Philadelphia, PA 19103
267-675-4610
Fax: 267-675-4601
Email: dnewmann@hhlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ellen Kennedy**
Hogan & Hartson
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
202-637-6853

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kurt B. Gerstner**
Campbell, Campbell, Edwards
& Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
Fax: 617-241-5115
Email: kgerstner@campbell-trial-lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard P. Campbell**
Campbell, Campbell, Edwards
& Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
Fax: 617-241-5115
Email: rpcampbell@campbell-trial-lawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**NaNa C. Shin**
Campbell, Campbell, Edwards
& Conroy, PC
One Constitution Plaza
Boston, MA 02129
617-241-3000
Fax: 617-241-5115
Email: nshin@campbell-trial-lawyers.com
*ATTORNEY TO BE NOTICED*

## Plaintiff

**Axis Surplus Insurance Company**     represented by     **John D. Hughes**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
617-439-4444
Fax: 617-439-4170
Email: jhughes@ealaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Windy L. Rosebush**
Edwards & Angell LLP
101 Federal Street
Boston, MA 02110
617-951-2277
Fax: 888-325-9562
Email: wrosebush@edwardsangell.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Raytheon Company**     represented by     **James P. Gillespie**
Suite 1200
Kirkland & Ellis
655 Fifteenth Street, N.W.
Washington, DC 20005
202-879-5000
Fax: 202-879-5200
Email: jgillespie@kirkland.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F. Kavanaugh, Jr.**
Conn, Kavanaugh, Rosenthal,
Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
Fax: 617-482-6444
Email: jkavanaugh@ckrpf.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan P. Phair**
Kirkland & Ellis LLP
Suite 1200
655 Fifteenth St.,N.W.
Washington, DC 20005
202-879-5991
Fax: 202-879-5200
Email: rphair@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Yannucci**
Kirkland & Ellis
655 Fifteenth St., N.W.
Suite 1200
Washington, DC 20005
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Johanna L Matloff**
Conn Kavanaugh Rosenthal
Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200
Fax: 617-482-6444

Email: jmatloff@ckrpf.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2004 | 1 | COMPLAINT against Raytheon Company Filing fee: $ 150, receipt number 54259, filed by Axis Surplus Insurance Company.(Flaherty, Elaine) (Entered: 03/04/2004) |
| 03/03/2004 |  | Summons Issued as to Raytheon Company. (Flaherty, Elaine) (Entered: 03/04/2004) |
| 03/03/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Flaherty, Elaine) (Entered: 03/04/2004) |
| 03/11/2004 | 3 | SUMMONS Returned Executed Raytheon Company served on 3/4/2004, answer due 3/24/2004. (Flaherty, Elaine) (Entered: 03/24/2004) |
| 03/19/2004 | 2 | NOTICE of Appearance by Johanna L Matloff on behalf of Raytheon Company (Matloff, Johanna) (Entered: 03/19/2004) |
| 03/19/2004 |  | ***Attorney James F. Kavanaugh for Raytheon Company added. (Hurley, Virginia) (Entered: 11/08/2004) |
| 03/29/2004 | 4 | Assented to MOTION for Extension of Time to April 19, 2004 to Serve Response to Complaint by Raytheon Company.(Matloff, Johanna) (Entered: 03/29/2004) |
| 03/30/2004 |  | Judge Richard G. Stearns : Endorsed ORDER entered granting 4 Motion for Extension of Time (Flaherty, Elaine) (Entered: 04/01/2004) |
| 04/06/2004 | 5 | MOTION for Leave to Appear Pro Hac Vice by Gillespie Filing fee $ 150., receipt number 55090. by |

| | | |
|---|---|---|
| | | Raytheon Company.(Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/06/2004 | 6 | MOTION for Leave to Appear Pro Hac Vice by Phair Filing fee $ 150., receipt number 55090. by Raytheon Company.(Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/12/2004 | | ***Attorney John D. Hughes for Axis Surplus Insurance Company added. (Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/12/2004 | 8 | MOTION to Consolidate Cases with C.A. 03-11800-RGS by Axis Surplus Insurance Company.(Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/13/2004 | 7 | MOTION for Leave to Appear Pro Hac Vice by Yannucci Filing fee $ 150., receipt number 55090. by Raytheon Company.(Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/13/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 5 Motion for Leave to Appear Pro Hac Vice Added James P. Gillespie for Raytheon Company, Ryan P. Phair for Raytheon Company, Thomas D. Yannucci for Raytheon Company, granting 6 Motion for Leave to Appear Pro Hac Vice Added James P. Gillespie for Raytheon Company, Ryan P. Phair for Raytheon Company, Thomas D. Yannucci for Raytheon Company, granting 7 Motion for Leave to Appear Pro Hac Vice Added James P. Gillespie for Raytheon Company, Ryan P. Phair for Raytheon Company, Thomas D. Yannucci for Raytheon Company (Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/13/2004 | | Judge Richard G. Stearns : Endorsed ORDER entered granting 8 Motion to Consolidate Cases (Flaherty, Elaine) (Entered: 04/13/2004) |
| 04/30/2004 | 9 | Raytheon Company's ANSWER to Complaint with Jury Demand by Raytheon Company.(Matloff, Johanna) (Entered: 04/30/2004) |

| | | |
|---|---|---|
| 05/06/2004 | 10 | NOTICE of Scheduling Conference entered. Scheduling Conference set for 6/10/2004 04:00 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 05/10/2004) |
| 05/11/2004 | | Remark by Deputy Clerk M. Johnson. Telephonically cancelled the 6-10-04 Rule 16b conf. on this date per conversation with Atty. Joanna Matloff, as the Court has consolidated CA 04-10432 with CA 03-11800 (Fed.Ins. v. Raytheon). The Scheduling Order which was entered by the Court on 3-29-04 at the 16b conference held by the Court is hereby modified as follows: Automatic Disclosures shall be served on or before 5-12-04; Plaintiffs'Motions for Judgment on the Pleadings shall be filed on or before 5-31-04; Defendant's Opposition shall be filed on or before 7-15-04; Plaintiffs' Reply Briefs shall be filed on or before 7-30-04. All other deadlines set forth in the Scheduling Order, which are contingent on the date of the Court's ruling on the Motion for Judgment on the Pleadings, shall remain the same. M. Johnson, Deputy Clerk. Note: (Atty. Matloff will notify pltf's counsel that the 6-10-04 conference is cancelled). (Johnson, Mary) Modified on 5/11/2004 (Johnson, Mary). (Entered: 05/11/2004) |
| 05/12/2004 | 11 | Document disclosure by Axis Surplus Insurance Company.(Rosebush, Windy) (Entered: 05/12/2004) |
| 05/12/2004 | | Remark by Deputy Clerk Mary Johnson: all future filings and docket entries will be made in the current case (CA 04-10432-RGS) as CA 03-11800 has been consolidated with CA 04-10432 and the Court considers CA 04-10432 the controlling case. (Johnson, Mary) Modified on 5/12/2004 (Johnson, Mary). (Entered: 05/12/2004) |
| 06/01/2004 | 12 | NOTICE of Withdrawal of Appearance (Matloff, Johanna) (Entered: 06/01/2004) |

| | | |
|---|---|---|
| 06/01/2004 | 13 | MOTION for Judgment on the Pleadings *and Proposed Order* by Federal Insurance Company. (Attachments: # 1 Proposed Order)(Shin, NaNa) (Entered: 06/01/2004) |
| 06/01/2004 | 14 | MOTION for Judgment on the Pleadings by Axis Surplus Insurance Company.(Flaherty, Elaine) (Entered: 06/02/2004) |
| 06/01/2004 | 15 | MEMORANDUM in Support re 14 MOTION for Judgment on the Pleadings filed by Axis Surplus Insurance Company. (Flaherty, Elaine) (Entered: 06/02/2004) |
| 06/02/2004 | 16 | MEMORANDUM in Support re 13 MOTION for Judgment on the Pleadings *and Proposed Order* filed by Federal Insurance Company. (Flaherty, Elaine) (Entered: 06/04/2004) |
| 07/01/2004 | 17 | Assented to MOTION for Extension of Time to Respond/Reply Pursuant to Scheduling Order by Raytheon Company.(Matloff, Johanna) (Entered: 07/01/2004) |
| 07/07/2004 | | Judge Richard G. Stearns : Endorsed ORDER entered granting 17 Motion for Extension of Time (Flaherty, Elaine) (Entered: 07/08/2004) |
| 07/26/2004 | 18 | Opposition re 13 MOTION for Judgment on the Pleadings *and Proposed Order*, 14 MOTION for Judgment on the Pleadings filed by Raytheon Company. (Matloff, Johanna) (Entered: 07/26/2004) |
| 07/26/2004 | 19 | Opposition re 13 MOTION for Judgment on the Pleadings *and Proposed Order*, 14 MOTION for Judgment on the Pleadings filed by Raytheon Company. (Matloff, Johanna) (Entered: 07/26/2004) |
| 08/05/2004 | 20 | NOTICE of Hearing on Motion 13 MOTION for Judgment on the Pleadings and Proposed Order, 14 MOTION for Judgment on the Pleadings: Motion |

| | | |
|---|---|---|
| | | Hearing set for 11/5/2004 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 08/05/2004) |
| 08/19/2004 | 21 | REPLY to Response to Motion re 14 MOTION for Judgment on the Pleadings filed by Axis Surplus Insurance Company. (Rosebush, Windy) (Entered: 08/19/2004) |
| 08/20/2004 | 22 | REPLY to Response to Motion re 13 MOTION for Judgment on the Pleadings *and Proposed Order* filed by Federal Insurance Company. (Shin, NaNa) (Entered: 08/20/2004) |
| 08/31/2004 | 23 | NOTICE of Change of Address by NaNa C. Shin (Shin, NaNa) (Entered: 08/31/2004) |
| 11/05/2004 | | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 11/5/2004 re 13 MOTION for Judgment on the Pleadings filed by Federal Insurance Company, 14 MOTION for Judgment on the Pleadings filed by Axis Surplus Insurance Company. After hearing oral argument, the court allows both motions for the reasons stated on the record. Plaintiffs have ten days to file a proposed form of judgment. (Court Reporter James Gibbons.) (Hamilton, Maria Raia) (Entered: 11/05/2004) |
| 11/05/2004 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 11/05/2004) |
| 11/08/2004 | | Electronic notice of correction to docket made by Court staff. Correction: Notice of appearance filed 3/19/04 included attorneys James Kavanaugh and Stephen Churchill. After a telephone call to the Court's ECF Help Desk, Attorney Kavanaugh added to docket (Atty Churchill has since withdrawn his appearance). (Hurley, Virginia) (Entered: 11/08/2004) |
| 11/18/2004 | 24 | Judge Richard G. Stearns : JUDGMENT, ENTERED. |

| | | |
|---|---|---|
| | | (Flaherty, Elaine) (Entered: 11/18/2004) |
| 11/30/2004 | 25 | Judge Richard G. Stearns : Corrected JUDGMENT in favor of plaintiff against defendant ENTERED. (Flaherty, Elaine) (Entered: 12/02/2004) |
| 12/09/2004 | 26 | TRANSCRIPT of Motion for Judgment on the Pleadings held on November 5, 2004 before Judge Stearns. Court Reporter: James P. Gibbons. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/428-0402 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/09/2004) |
| 12/20/2004 | 27 | NOTICE OF APPEAL as to 25 Judgment by Raytheon Company. $ 255, receipt number 60927 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/10/2005. (Flaherty, Elaine) (Entered: 12/23/2004) |