# United States Court of Appeals
## For the First Circuit

No. 05-1086

FEDERAL INSURANCE COMPANY;
AXIS SURPLUS INSURANCE COMPANY,

Plaintiffs, Appellees;

v.

RAYTHEON COMPANY

Defendant, Appellant.

**JUDGMENT**

Entered: October 21, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[cc: Mr. Hensler, Ms. Swennes Kennedy, Mr. Newman, Mr. Gerstner, Mr. Campbell, Ms. Shin, Mr. Hughes, Ms. Rosebush, Mr. Gillespie, Mr. Phair, Mr. Yannucci, Mr. Wolff, Mr. Kavanaugh, Mr. Matloff & Mr. Landau.]